# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| WONDERMIND SRS 44, LLC<br>and<br>BESPOKE WONDERMIND SPV I, LLC<br><br>*Plaintiff(s)*<br>v.<br>WONDERMIND GLOBAL INC.,<br>MANDY TEEFEY, DANIELLA PIERSON,<br>and SELENA GOMEZ<br><br>*Defendant(s)* | Civil Action No. 26-cv-1028-UNA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Wondermind Global Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaclyn C. Levy (#5631)
Potter Anderson & Corroon LLP
1313 North Market Street, 7th Floor
Wilmington, DE 19801
302-984-6000
jlevy@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT ★ DISTRICT OF DELAWARE ★

Date: 08/13/2026

Joel Morales

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-1028-UNA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: