**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WONDERMIND SRS 44, LLC and BESPOKE WONDERMIND SPV I, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WONDERMIND GLOBAL INC., MANDY TEEFEY, DANIELLA PIERSON, and SELENA GOMEZ,<br><br>Defendants. | ) | C.A. No. 1:26-cv-01028-GBW |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**

WHEREAS, on August 13, 2026, Plaintiffs Wondermind SRS 44, LLC and Bespoke Wondermind SPV I, LLC ("Plaintiffs") filed the Complaint in this action (D.I. 1);

WHEREAS, Defendants Wondermind Global Inc. ("Wondermind"), Mandy Teefey ("Teefey"), Daniella Pierson ("Pierson"), and Selena Gomez ("Gomez") were each served with the Complaint on August 13, 2026 (D.I. 6-9);

WHEREAS, on August 26, 2026, Gomez filed a motion to dismiss the Complaint (D.I. 17) and an opening brief in support thereof (D.I. 18) (together, the "Gomez Motion"), and Plaintiffs' answering brief in opposition to the Gomez Motion is presently due on September 9, 2026;

WHEREAS, Pierson's, Teefey's, and Wondermind's deadline to answer, move, or otherwise respond to the Complaint is presently September 3, 2026;

WHEREAS, the undersigned counsel have conferred and agreed, subject to the approval of the Court, to the coordinated briefing schedule set forth below, which is intended to permit

Plaintiffs to respond to the Gomez Motion and to any additional Rule 12 motions filed by any other Defendant on a single, common schedule; and

WHEREAS, this is the first request of this nature, is not sought for purposes of delay, and will not alter the date of any other event or deadline already fixed by Court order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs and Defendants Wondermind, Teefey, Pierson, and Gomez, through their undersigned counsel and subject to the approval of the Court, that:

1. Pierson shall answer, move, or otherwise respond to the Complaint on or before October 18, 2026.

2. Upon entering their appearance in this action, the remaining defendants shall answer, move, or otherwise respond to the Complaint on or before October 18, 2026.

3. Plaintiffs shall file their answering brief in opposition to the Gomez Motion and answering brief or briefs to any motion to dismiss filed by Wondermind, Teefey, or Pierson on or before November 17, 2026.

4. Defendants shall file any reply briefs in further support of their respective motions to dismiss on or before December 17, 2026.

5. By entering into this Stipulation, no party waives, and each party expressly reserves, all rights, claims, objections, and defenses.

POTTER ANDERSON & CORROON LLP

By: /s/ Jaclyn C. Levy
Jaclyn C. Levy (No. 5631)
Nicole K. Pedi (No. 6236)
Megan R. Thomas (No. 7273)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
jlevy@potteranderson.com
npedi@potteranderson.com
mthomas@potteranderson.com

*Attorneys for Plaintiffs Wondermind SRS 44, LLC and Bespoke Wondermind SPV I, LLC*

*Of Counsel:*

Bryan A. Almeida
Jeffrey A. Neiman
Nikolas L. Volosin
NEIMAN MAYS FLOCH & ALMEIDA, PLLC
One Downtown
1 S.E. 3rd Avenue, Suite 1800
Miami, FL 33131
Tel: (305) 434-4942
balmeida@nmfalawfirm.com
jneiman@nmfalawfirm.com
nvolosin@nmfalawfirm.com

GREENBERG TRAURIG, LLP

By: /s/ Samuel L. Moultrie
Samuel L. Moultrie (No. 5979)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Tel: (302) 661-7000
MoultrieS@gtlaw.com

*Attorneys for Defendant Selena Gomez*

*Of Counsel:*

Mathew S. Rosengart
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-3889
RosengartM@gtlaw.com

Andrew R. Gray
Kevin Hamilton
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, CA 92612
Tel: (949) 732-6500
AndrewR.Gray@gtlaw.com
Kevin.Hamilton@gtlaw.com

KLEHR HARRISON HARVEY
BRANZBURG LLP

By: /s/ David S. Eagle
David S. Eagle (No. 3387)
Sally E. Veghte (No. 4762)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 552-5508
deagle@klehr.com
sveghte@klehr.com

*Attorneys for Defendant Daniella Pierson*

*Of Counsel:*

Scott S. Balber
Michael P. Jones
HERBERT SMITH FREEHILLS KRAMER
(US) LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Scott.Balber@hsfkramer.com
Michael.Jones@hsfkramer.com

Dated: September 2, 2026

SO ORDERED this ______ day of ____________________, 2026.

____________________________________
The Honorable Gregory B. Williams
United States District Judge