**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WONDERMIND SRS 44, LLC and BESPOKE WONDERMIND SPV I, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WONDERMIND GLOBAL INC., MANDY TEEFEY, DANIELLA PIERSON, and SELENA GOMEZ,<br><br>Defendants. | ) | C.A. No. 1:26-cv-01028-GBW |

**STIPULATION AND [PROPOSED] ORDER EXTENDING**
**PLAINTIFFS' DEADLINE TO AMEND THE COMPLAINT**

WHEREAS, on August 13, 2026, Plaintiffs Wondermind SRS 44, LLC and Bespoke Wondermind SPV I, LLC ("Plaintiffs") filed the Complaint in this action (D.I. 1);

WHEREAS, Defendant Selena Gomez ("Gomez") filed a motion to dismiss the Complaint (D.I. 17) and an opening brief in support thereof (D.I. 18) on August 26, 2026;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs' deadline to amend the Complaint once as a matter of right is presently September 16, 2026;

WHEREAS, the undersigned counsel have conferred and mutually consent to an extension of that deadline by fourteen days; and

WHEREAS, this request is the first request of this nature, is not sought for purposes of delay, and will not alter the date of any other event or deadline already fixed by Court order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs and Defendants Selena Gomez and Danielle Pierson, through their undersigned counsel and subject to the approval of the Court, that:

1. Plaintiffs may file an amended complaint as a matter of course, pursuant to Federal Rule of Civil Procedure 15(a)(1), at any time up to and including September 30, 2026.

2. If Plaintiffs file an amended complaint on or before September 30, 2026, then each Defendant shall answer the amended complaint or otherwise respond by motion by October 23, 2026.

3. Plaintiffs shall file their answering brief or briefs in opposition to any motion to dismiss the amended complaint on or before November 17, 2026.

4. Defendants shall file any reply briefs in further support of their respective motions to dismiss on or before December 17, 2026.

5. By entering into this Stipulation, no party waives, and each party expressly reserves, all rights, claims, objections, and defenses.

Dated: September 16, 2026

*Of Counsel:*

Bryan A. Almeida
Jeffrey A. Neiman
Nikolas L. Volosin
NEIMAN MAYS FLOCH & ALMEIDA, PLLC
One Downtown
1 S.E. 3rd Avenue, Suite 1800
Miami, FL 33131
Tel: (305) 434-4942
balmeida@nmfalawfirm.com
jneiman@nmfalawfirm.com
nvolosin@nmfalawfirm.com

POTTER ANDERSON & CORROON LLP

By: */s/ Jaclyn C. Levy*
Jaclyn C. Levy (No. 5631)
Nicole K. Pedi (No. 6236)
Megan R. Thomas (No. 7273)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
jlevy@potteranderson.com
npedi@potteranderson.com
mthomas@potteranderson.com

*Attorneys for Plaintiffs Wondermind SRS 44, LLC and Bespoke Wondermind SPV I, LLC*

*Of Counsel:*

Mathew S. Rosengart
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-3889
RosengartM@gtlaw.com

Andrew R. Gray
Kevin Hamilton
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, CA 92612
Tel: (949) 732-6500
AndrewR.Gray@gtlaw.com
Kevin.Hamilton@gtlaw.com

GREENBERG TRAURIG, LLP

By: */s/ Samuel L. Moultrie*
Samuel L. Moultrie (No. 5979)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Tel: (302) 661-7000
MoultrieS@gtlaw.com

*Attorneys for Defendant Selena Gomez*

*Of Counsel:*

Scott S. Balber
Michael P. Jones
HERBERT SMITH FREEHILLS KRAMER (US) LLP

KLEHR HARRISON HARVEY BRANZBURG LLP

By: */s/ David S. Eagle*
David S. Eagle (No. 3387)
Sally E. Veghte (No. 4762)

1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Scott.Balber@hsfkramer.com
Michael.Jones@hsfkramer.com

919 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 552-5508
deagle@klehr.com
sveghte@klehr.com

*Attorneys for Defendant Daniella Pierson*

SO ORDERED this _______ day of ____________________, 2026.

____________________________________
The Honorable Gregory B. Williams
United States District Judge