IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONDERMIND SRS 44, LLC and BESPOKE WONDERMIND SPV I, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WONDERMIND GLOBAL INC., MANDY TEEFEY, DANIELLA PIERSON, and SELENA GOMEZ,<br><br>Defendants. | ) | C.A. No. 1:26-cv-01028-GBW |

# NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Wondermind SRS 44, LLC and Bespoke Wondermind SPV I, LLC voluntarily dismiss the above-captioned action, in its entirety, with prejudice. The Court shall retain jurisdiction for 48 hours after the filing of this Notice.

Dated: November 16, 2026

*Of Counsel:*

Bryan A. Almeida
Jeffrey A. Neiman
Nikolas L. Volosin
NEIMAN MAYS FLOCH & ALMEIDA, PLLC
One Downtown
1 S.E. 3rd Avenue, Suite 1800
Miami, FL 33131
Tel: (305) 434-4942
balmeida@nmfalawfirm.com
jneiman@nmfalawfirm.com
nvolosin@nmfalawfirm.com

POTTER ANDERSON & CORROON LLP

By: /s/ *Jaclyn C. Levy*
Jaclyn C. Levy (No. 5631)
Nicole K. Pedi (No. 6236)
Megan R. Thomas (No. 7273)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
jlevy@potteranderson.com
npedi@potteranderson.com
mthomas@potteranderson.com

*Attorneys for Plaintiffs Wondermind SRS 44, LLC and Bespoke Wondermind SPV I, LLC*